NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: NOBLE SYSTEMS CORPORATION,**
*Appellant*

---

2018-1847

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/798,815.

---

**JUDGMENT**

---

KARL HEINZ KOSTER, Noble Systems Corporation, Atlanta, GA, argued for appellant.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by JOSEPH MATAL, THOMAS W. KRAUSE, ROBERT J. MCMANUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 7, 2019</u>       <u>/s/ Peter R. Marksteiner</u>
Date                 Peter R. Marksteiner
                       Clerk of Court